ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                          )
                                                     )
Maruf Sharif Construction Company                    )    ASBCA No. 63650
                                                     )
Under Contract No. N33191-15-C-1428                  )

APPEARANCE FOR THE APPELLANT:          William J. Spriggs, Esq.
                                         Spriggs Law Group
                                         Lynchburg, VA


APPEARANCES FOR THE GOVERNMENT:        Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       Jerry Kim, Esq.
                                         Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $500,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 beginning 121 days after the date of this judgment until the date of payment.

Dated: January 9, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____            _____
OWEN C. WILSON                              MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Vice Chairman                               Acting Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 63650, Appeal of Maruf
Sharif Construction Company, rendered in conformance with the Board's Charter.

        Dated:  January 9, 2024


                                            _____
                                            PAULLA K. GATES-LEWIS
                                            Recorder, Armed Services
                                            Board of Contract Appeals

2